25-cv-01115-RPK-JRC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHARLES SALDARRIAGA

Plaintiff

-vs-

THE CITY OF NEW YORK, NYPD SGT WILLIAM J.
PLANETA, DET.ERIC BOLGER, DET. LEONARDO
MOSCOSO, OFFICER MOHAMMAD F. HOSSAIN

Defendant(s)

**REQUEST TO PROCEED
*IN FORMA PAUPERIS***

I, ___Charles Saldarriaga_____, am the plaintiff in the above entitled case. I
hereby request to proceed without being required to prepay fees or costs or give security therefore.
I state that because of my poverty I am unable to pay the costs of said proceeding or to give security
therefore, and I believe I am entitled to redress.

1.    If you are presently employed:
         a) give the name and address of your employer
         b) state the amount of your earnings per month

      ___Aye one consulting, LLC_____

      ___$3,200 per month_____

2.    If you are **NOT PRESENTLY EMPLOYED:**
         a) state the date of start and termination of your last employment
         b) state your earnings per month.
      **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

         _____N/A_____

3.    Have you received, within the past twelve months, any money from any source? If so,
      name the source and the amount of money you received.

      _____

         a) Are you receiving any public benefits?              ☒ No  ☐ Yes, $ _____
         b) Do you receive any income from any other source?    ☒ No  ☐ Yes, $ _____

REC'D IN P 'O SE OFFICE
FEB 26 25 PM 12:11

4.  Do you have any money, including any money in a checking or savings account? If so, how much?

      Checking account $507.56

5.  Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

      ☒ No   ☐ Yes, _____

6.  List the person(s) that you pay money to support and the amount you pay each month.

      Angelyn Diaz - Court ordered Child Support $1,025 monthly

      _____

7.  Do you pay for rent or for a mortgage? If so, how much each month?

      Rent $900 with $100 in utilities

8.  State any special financial circumstances which the Court should consider.

      Credit card debt monthly payments of $627 and a personal loan with monthly payments of $360

      Risk of eviction due to Rent arrears of $16,000 (can provide documentation)

      Cost of living has gone up with food, transportation and cellphone

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 2/26/25 _____          _____ /s/ Charles Saldarriaga _____
                                                        (signature)

rev. 7/2002