UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLES SALDARRIAGA,

                Plaintiff,                                                              **ORDER**
                                                                            No. 25-CV-1115-RPK-JRC
   -against-

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, SERGEANT DET.
WILLIAM J. PLANETA (SHIELD NO. 2571),
DET. ERIC BOLGER (SHIELD NO. 680),
DET. LEONARDO MOSCOSO (SHIELD NO. 5917),
and OFFICER MOHAMMAD F. HOSSAIN
(SHIELD NO. 17007),

                Defendants.
-----------------------------------------------------------------X
JAMES R. CHO, United States Magistrate Judge:

      Plaintiff Charles Saldarriaga, appearing *pro se*, filed this civil rights complaint on February 26, 2025. ECF No. 1. Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is **granted**. ECF No. 2.

      The Clerk of Court is directed to issue a summons against the Defendants and the United States Marshals Service is directed to serve the summons, complaint, and a copy of this Order upon the Defendants without prepayment of fees. A copy of this Order shall also be served upon the Plaintiff and upon the Corporation Counsel for the City of New York, Special Federal Litigation Division.

                                            SO ORDERED:

                                            S/ James R. Cho
                                            JAMES R. CHO
                                            United States Magistrate Judge

Dated: March 5, 2025
       Brooklyn, New York