## DECLARATION OF SERVICE BY MAIL

      I, Joseph Zangrilli, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on April 11, 2025, I served the annexed:

- APRIL 11, 2025 COURT ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND

upon the Plaintiff, Charles Saldarriaga, by mailing by first class mail the correspondence to the address set forth below:

Charles Saldarriaga
*Plaintiff Pro Se*
1-20 Astoria Blvd.
Apt. 4H
Astoria, NY 11102
929-789-2220

Dated:      New York, New York
             April 11, 2025

                                              Respectfully submitted,

                                              *Joseph Zangrilli* /s/
                                              Joseph Zangrilli
                                              *Senior Counsel*
                                              Special Federal Litigation Division