UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

SALDARRIAGA V. CITY OF NEW YORK, ET AL.,
_____

### CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April 2025, a true copy of the following:

**MOTION FOR EXTENSION OF TIME TO SERVE**
_____,
was deposited in an enclosed, properly addressed postage-paid envelope, and served by

**USPS - First Class** upon the following

**Joseph Zangrilli** (Counsel for the City of New York and William Planeta)
Senior Counsel
LAW DEPARTMENT
100 Church Street
New York, NY, 10007
jzangril@law.nyc.gov

**Detective Eric Bolger**
Document Fraud Squad
NYPD 33rd Precinct
2207 Amsterdam Avenue Room 205
New York, NY, 10032

Dated: April 23, 2025
         Queens, New York

                                        Respectfully submitted,

                                         */s/ Charles Saldarriaga*
                                          Charles Saldarriaga
                                          *Pro Se Plaintiff*
                                          1-20 Astoria Blvd Apt 4H
                                          Astoria, New York 11102
                                          (929) 789-2220
                                          Charlesny09@yahoo.com