RECD IN PRO SE OFFICE JUN 16 25 PM 10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLES SALDARRIAGA

                              Plaintiff,                      No. 1:25-CV-01115-RPK-JRC

  - against -                                      **NOTICE OF FILING OF DESIGNATION OF AGENT FOR CPL § 160.50 AND CPL § 160.55 SEALED RECORDS**

THE CITY OF NEW YORK, et al.

                            Defendants.
-----------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that the undersigned, appearing pro se, hereby files this Notice of Filing along with **Exhibit A**, a Designation of Agent for Access to Sealed Records pursuant to CPL §§ 160.50 and 160.55. This designation is submitted for the limited purpose of permitting the undersigned to review sealed records relating to the March 27, 2024 arrest at issue in this action.

     This filing follows a good-faith attempt to resolve this matter with opposing counsel, who previously indicated their intention to move to compel production of these sealed records through a CPL § 160.50 release naming the City as designated recipient. To preserve my right to review such records first and determine their relevance and scope prior to disclosure, I am filing this designation and will produce all non-privileged, relevant records upon review in accordance with applicable discovery obligations.

Dated: Queens, New York
          June 12, 2025

                                                                      Respectfully submitted,
                                                                      /s/ *Charles Saldarriaga*
                                                                      Charles Saldarriaga
                                                                      *Pro Se Plaintiff*
                                                                      1-20 Astoria Blvd Apt 4H
                                                                      Astoria, New York 11102
                                                                      (929) 789-2220
                                                                      Charlesny09@yahoo.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLES SALDARRIAGA                                    No.: 25-CV-01115-RPK-JRC

                               Plaintiff,

                                                                                                       **DESIGNATION OF AGENT**
       - against -                                                        **FOR ACCESS TO SEALED**
                                                                                                    **RECORDS PURSUANT TO**
THE CITY OF NEW YORK, et al.                 **NYCPL § 160.50 & 160.55**

                                     Defendants.
-----------------------------------------------------------------X

I, **Charles Saldarriaga**, hereby designate the following agent solely for the limited purpose of receiving only those documents and records that pertain to my March 27, 2024 arrest in connection with United States District Court, Eastern District of New York, Case No. 25-CV-01115:

**Agent:**
Name:    Charles Saldarriaga (*Pro Se*)
Address:  1-20 Astoria Blvd Apt 4H,
            Astoria, NY 11102
Phone:   (929) 789-2220
Email:    Charlesny09@yahoo.com

**Scope of Designation**

1. **Coverage:** This designation covers only the following materials directly relating to my March 27, 2024 arrest in EDNY 25-CV-01115:

   **(a) Official arrest report and narrative;**

   **(b) Any records documenting property damage or the seizure of Plaintiff's vehicle on March 27, 2024;**

   **(c) Officer statements concerning the events of March 27, 2024.**

2. **Excluded:** Any records not directly tied to the above arrest are expressly excluded, including but not limited to: prior arrests, unrelated incident reports, booking photographs, ancillary

complaints not referenced in the Complaint, and any records prepared solely for inventory or vouchered property processing except those directly concerning the seizure or condition of Plaintiff's vehicle on March 27, 2024.

### Confidentiality Reservation

Pursuant to N.Y. C.P.L. § 160.50(1)(d)(ii) and § 160.55(1)(d), I respectfully request that any records unsealed pursuant to this civil action be produced subject to a Protective Order under Fed. R. Civ. P. 26(c), or pursuant to a confidentiality stipulation, limiting their use exclusively to this litigation. Such records shall not be publicly filed in unredacted form without prior approval of the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 6-12-25

Signature: _____
Charles Saldarriaga

## NOTARY ACKNOWLEDGMENT

STATE OF NEW YORK )
                             ) ss.:
COUNTY OF QUEENS )

On this 12th day of June, 2025, before me personally came Charles Saldarriaga, to me known and known to me to be the person whose name is subscribed to the foregoing instrument, and he acknowledged to me that he executed the same.

_____
NOTARY PUBLIC
MAGDI ELKOUMI
Notary Public, State of NY
No. 01EL6062902
Queens County
Commission Expires 09/20/2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SALDARRIAGA V. CITY OF NEW YORK, ET AL.,
**1:25-CV-01115-RPK-JRC**

---

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June 2025, a true copy of the following:

**NOTICE OF FILING OF DESIGNATION OF AGENT FOR ACCESS TO SEALED RECORDS: EXHIBIT A: DESIGNATION OF AGENT**,

was deposited in an enclosed, properly addressed postage-paid envelope, and served by

**USPS - First Class** upon the following

**Joseph Zangrilli**
Senior Counsel
Special Federal Litigation Division
New York City
LAW DEPARTMENT
100 Church Street
New York, NY, 10007
jzangril@law.nyc.gov

**Michael Futral**
Assistant Corporation Counsel
Special Federal Litigation Division
New York City
LAW DEPARTMENT
100 Church Street
New York, NY, 10007
mifutral@law.nyc.gov

Dated: Queens, New York
         June 12, 2025

Respectfully submitted,

*/s/ Charles Saldarriaga*
Charles Saldarriaga
*Pro Se Plaintiff*
1-20 Astoria Blvd Apt 4H
Astoria, New York 11102
(929) 789-2220
Charlesny09@yahoo.com