## DECLARATION OF SERVICE BY MAIL

      I, Joseph Zangrilli, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on June 26, 2025, I served the following Court Order:

> **ORDER: An in-person motion hearing will be held on 7/21/2025 at 10:00 a.m. in Courtroom 11D South before Magistrate Judge James R. Cho. Plaintiff and counsel for defendant must attend. Parties should come to the hearing prepared to address defendants' motion to compel (Dkt. 15) and plaintiff's motion for a protective order (Dkt. 18). Counsel for defendant is directed to immediately forward a copy of this Order to the plaintiff, who is proceeding pro se, and file proof of service with the Court. Adjournment requests will not be considered unless made in accordance with this Court's Individual Rules. Ordered by Magistrate Judge James R. Cho on 6/26/2025. (SGC).**

upon *pro se* Plaintiff, Charles Saldarriaga, by mailing by first class mail the above correspondence to the address set forth below:

Charles Saldarriaga
1-20 Astoria Blvd.
Apt. 4H
Astoria, NY 11102

Dated:    New York, New York
              June 26, 2025

                                                Respectfully submitted,

                                                *Joseph Zangrilli* /s/
                                                Joseph Zangrilli
                                                *Senior Counsel*
                                                Special Federal Litigation Division