Phone: (929) 789-2220  
Charlesny09@yahoo.com

CHARLES SALDARRIAGA  
PLAINTIFF PRO SE

1-20 Astoria Blvd Apt 4H  
Astoria, New York 11102

*** Filed *** 12:01 PM, 03 Jul, 2025  
U.S.D.C., Eastern District of New York

*Rec. in pdrive 7/7/25 rg

July 3, 2025

**VIA ECF**

Honorable James R. Cho  
United Sates Magistrate Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

      **Re:**    <u>Charles Saldarriaga v. The City of New York, et al.</u>,  
               No. 25-CV-1115 (RPK)(JRC)

Dear Judge Cho,

    I am the Plaintiff, Charles Saldarriaga, appearing *pro se* and proceeding *in forma pauperis*. I submit this letter to respectfully request a second extension of time to serve the remaining defendants, specifically Det. Leonardo Moscoso and Officer Mohammad F. Hossain, in the above referenced matter.

    Background, On March 5, 2025, the Court directed the Clerk to issue summonses, and the U.S. Marshals Service was directed to serve the summonses and complaint. On April 1, 2025, the summonses were returned unexecuted as to Defendants Moscoso and Hossain. Subsequently, on May 13, 2025, the Court granted in part (unnumbered ECF), my first request for an extension of time to serve these defendants, directing that service be completed by July 14, 2025. The summonses were reissued by the Clerk on May 15, 2025; however, to date, the U.S. Marshals Service has not executed service on these defendants.

    On June 30, 2025, I reached out to Corporation Counsel to inquire whether they could assist in obtaining the current addresses for the unserved defendants. Corporation Counsel provided updated address information, which I have attached to this letter, and has also consented to this request for an extension of time (see Exhibit C).

| | |
|---|---|
| Det. Leonardo Moscoso<br>One Police Plaza, Room 110-A<br>New York, NY 10038-1497. | Officer Mohammad Hossain<br>NYPD 109th Precinct<br>37-05 Union Street,<br>Flushing, NY, 11354-4117 |

In light of these circumstances, I respectfully request an extension of time to effectuate service upon Defendants Moscoso and Hossain until August 5, 2025, to allow sufficient time for service to be completed. I also request that the Clerk of the Court issue new summonses for these defendants using the updated address information provided below.

To ensure that the defendants can be properly served, I independently verified the updated service addresses. I contacted the 109th Precinct and spoke with Sergeant Teti, who confirmed that Officer Hossain may be served at that location between 8:00 a.m. and 11:00 a.m. The summons may be left with administrative personnel, who will ensure it is provided to Officer Hossain. I've also contacted One Police Plaza and spoke with Jillian Como, Associate Staff Analyst, who confirmed that they can accept service on behalf of Detective Leonardo Moscoso.

I note that there is a hearing scheduled for July 21, 2025, concerning pending motions, and that the Court has already extended the defendants' deadline to respond to the complaint until September 4, 2025.

I thank the Court for its attention to this matter and respectfully request that the time to serve Defendants Moscoso and Hossain be extended until August 5, 2025.

Respectfully,

**Charles Saldarriaga**
*Plaintiff, Pro Se*

Cc: **VIA ECF & FIRST CLASS MAIL**
Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation Division
The City of New York
LAW DEPARTMENT
100 Church Street
New York, NY 10007

Michael Futral
   *Assistant Corporation Counsel*

# Exhibit C

RE: [EXTERNAL] Charles Saldarriaga v. City of New York, Index No. 25:CV:1115

From:  Futral, Michael (mifutral@law.nyc.gov)

To:    charlesny09@yahoo.com

Cc:    jzangril@law.nyc.gov

Date:  Thursday, July 3, 2025 at 10:45 AM EDT

Hi Charles,

No problem at all.

Best,

**Michael Futral**
*Assistant Corporation Counsel*
Special Federal Litigation Division
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007
Work: (212) 356-1643
Work Cell: (646) 734 - 9935

PRIVILEGED AND CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person(s) to whom it is addressed and may contain information that is privileged confidential, or otherwise protected from disclosure. The information contained herein is not to be forwarded, discussed, or otherwise disclosed to anyone other than the persons(s) addressed in this email without the advance written permission of the sender. Any unauthorized review, use, disclosure, or distribution is expressly prohibited. If you are not the intended recipient of this e-mail, please promptly alert the sender by reply e-mail that you received it in error and destroy all copies of the original and any reply message.

**From:** Charles <charlesny09@yahoo.com>
**Sent:** Thursday, July 3, 2025 10:40 AM
**To:** Futral, Michael <mifutral@law.nyc.gov>
**Cc:** Zangrilli, Joseph (LAW) <jzangril@law.nyc.gov>
**Subject:** Re: [EXTERNAL] Charles Saldarriaga v. City of New York, Index No. 25:CV:1115

Thank you very much would you consent to an extension of time to serve these defendants?

Best Regards,

Charles

On Tuesday, July 1, 2025 at 09:37:48 AM EDT, Futral, Michael <mifutral@law.nyc.gov> wrote:

Good morning, Charles,

Officer Leonardo Moscoso can be served at: One Police Plaza, Room 110-A, New York, NY 10038-1497.

Officer Mohammad Hossain can be served at: NYPD Precinct 109, 37-05 Union Street, Flushing, NY, 11354-4117.

Best,

**Michael Futral**

*Assistant Corporation Counsel*

Special Federal Litigation Division

New York City Law Department

Office of the Corporation Counsel

100 Church Street

New York, NY 10007

Work: (212) 356-1643

Work Cell: (646) 734-9935

PRIVILEGED AND CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person(s) to whom it is addressed and may contain information that is privileged confidential, or otherwise protected from disclosure.  The information contained herein is not to be forwarded, discussed, or otherwise disclosed to anyone other than the persons(s) addressed in this email without the advance written permission of the sender.  Any unauthorized review, use, disclosure, or distribution is expressly prohibited. If you are not the intended recipient of this e-mail, please promptly alert the sender by reply e-mail that you received it in error and destroy all copies of the original and any reply message.

---

**From:** Charles <charlesny09@yahoo.com>
**Date:** Monday, June 30, 2025 at 3:04 PM
**To:** Futral, Michael <mifutral@law.nyc.gov>
**Cc:** Zangrilli, Joseph (LAW) <jzangril@law.nyc.gov>
**Subject:** [EXTERNAL] Charles Saldarriaga v. City of New York, Index No. 25:CV:1115

You don't often get email from charlesny09@yahoo.com. Learn why this is important

**CAUTION! EXTERNAL SENDER.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. If **suspicious**, report this email by hitting the **Phish Alert Button**. If the button is unavailable or you are on a mobile device, forward as an attachment to phish@oti.nyc.gov.

Hello Michael,

I hope this message finds you well. I'm writing in connection with the above captioned case. As you know, there are two remaining individual defendants who have not yet been served.

Given the Court's prior order directing the U.S. Marshals to effect service pursuant to my IFP status, and with the deadline approaching, I'm reaching out to respectfully ask:

1. Whether your office is able to accept service on behalf of these two defendants; or

2. Whether you would be able to provide their last known addresses to assist the Marshals in completing service.

I am also preparing a letter to update the Court on the status of service, but I wanted to inquire with your office first in hopes of resolving this efficiently.