UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------- x

CHARLES SALDARRIAGA,

                                Plaintiff,

        -against-

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, SERGEANT DETECTIVE WILLIAM J. PLANETA (*Shield No. 2571*), DETECTIVE LEONARDO MOSCOSO (*Shield No. 5917*), OFFICER MOHAMMAD F. HOSSAIN (*Shield No. 17007*), and DETECTIVE ERIC BOLGER (*Shield No. 680*),

                                Defendants.

------------------------------------------------- x

**NOTICE OF APPEARANCE**

25-CV-1115 (RPK) (JRC)

**PLEASE TAKE NOTICE** that Michael Futral, Assistant Corporation Counsel, appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendants CITY OF NEW YORK, SERGEANT DETECTIVE WILLIAM J. PLANETA, and DETECTIVE ERIC BOLGER. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:       New York, New York
              August 15, 2025

                                        MURIEL GOODE-TRUFANT
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendants City of New York, Planeta, and Bolger*
                                        100 Church Street,
                                        New York, New York 10007
                                        P: (212) 356-1643

                                        By:   *Michael Futral /s/*

                                                Michael Futral, Esq.
                                                *Assistant Corporation Counsel*

Cc: **<u>VIA ECF AND FIRST CLASS MAIL</u>**
Charles Saldarriaga
1-20 Astoria Blvd.
Apt. 4H
Astoria, NY 11102
*Pro se plaintiff*