*Exhibit "C"*

*50-h Hearing Transcript*

```
                                CHARLES SALDARRIAGA
                                BLA #▓▓▓▓▓▓▓▓▓
- - - - - - - - - - - - - - - - - x
In the Matter of the Claim of
CHARLES SALDARRIAGA,
              Claimant,
    -against-
THE CITY OF NEW YORK,
              Respondent.
- - - - - - - - - - - - - - - - - x
                        DATE: October 24, 2024
                        TIME: 12:30 p.m.


    50-H HEARING of CHARLES SALDARRIAGA, the
Claimant in the above-entitled action, held
at the above time and place, pursuant to
Notice, taken before MARISA MCMAHON, a
shorthand reporter and Notary Public within
and for the State of New York.
```



```
 1

 2   A p p e a r a n c e s:

 3

         LEBEDIN KOFMAN, LLP
 4           Attorneys for Claimant
             ██  ████████████  ███

 5           ██████████  ████████████

             BY: JESSICA GORMAN, ESQ.

 6

 7

         KREZ & FLORES, LLP
 8           ATTORNEYS for Respondent
             ██   ████████

 9           █████████  ████████████

             BY: KAREN DROTZER, ESQ.

10           ████████  ████████████████
             ██████   ████████████

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Reporter's Ink, Corp.    Phone: 646.395.2522    Fax: 212.374.1236    www.reporters-ink.com

1          SALDARRIAGA

2          COURT REPORTER:  It is hereby

3          stipulated and agreed by and

4          between counsel for all parties

5          present, this hearing is being

6          conducted remotely by video

7          conference, and that the court

8          reporter, witness and all counsel

9          are in separate remote locations

10          and participating via Zoom or any

11          web conference meeting platform

12          under the control of the court

13          reporting agency.

14          It is further stipulated that

15          this videoconference will not be

16          recorded in any manner and that any

17          recording, without the express

18          written consent of all parties,

19          shall be considered unauthorized.

20          Before I swear in the witness, I

21          will ask counsel to stipulate on

22          the record that the court reporter

23          may swear in the deponent, even

24          though she is not in the physical

25          presence of the deponent, and that



```
 1                    SALDARRIAGA

 2            there is no objection to that at

 3            this time, nor will there be an

 4            objection to it at a future date.

 5               MS. DROTZER:  So stipulated.

 6               MS. GORMAN:  So stipulated.

 7

 8               (Whereupon, the witness was

 9            asked to show proof of identity.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



5

```
 1                    SALDARRIAGA
 2      C H A R L E S   S A L D A R R I A G A, the
 3    witness herein, having been first duly sworn
 4    by a Notary Public of the State of New York,
 5    was examined and testified as follows:
 6    EXAMINATION BY
 7    MS. DROTZER:
 8         Q.   State your name for the record,
 9    please.
10         A.   Charles Saldarriaga.
11         Q.   State your address for the record,
12    please.
13         A.
14
15         Q.   Mr. Saldarriaga, my name is Karen
16    Drotzer and I represent the City in this
17    matter.  I'm going to be asking you a series
18    of questions today about an incident that
19    occurred a while ago.  If you don't
20    understand one of my questions, tell me and
21    I will try and rephrase it for you.  I ask
22    that you speak up loud and clear and that
23    you answer with words and not gestures,
24    because the court reporter can't take those
25    down.  Okay?
```



1                        SALDARRIAGA

2        **A.  Okay.**

3        Q.  What is your full name?

4        **A.  Charles Saldarriaga.**

5        Q.  Do you have a middle name?

6        **A.  No.**

7        Q.  Have you before been known by any

8    other names?

9        **A.  No.**

10       Q.  How old are you?

11       **A.  37.**

12       Q.  What is your date of birth, with the

13   understanding I need your full date of

14   birth, but the reporter will only take the

15   year?

16       **A.**  ▮▮▮▮▮▮▮▮▮▮

17       Q.  I need your full social security

18   number, but we will keep it off the record.

19       **A.  XXX-XX-XXXX.**

20       Q.  Are you married?

21       **A.  No.**

22       Q.  Do you have any children?

23       **A.  I do.**

24       Q.  How many?

25       **A.  Two.**



1                        **SALDARRIAGA**

2          Q.  Are they under 18?

3          **A.  Yes.**

4          Q.  Just their initials on the record,

5     what are their names and ages?

6          **A.  My daughter she is** ██ ████████

7     **years old and I have a son,** █████████████.

8     ████████████████████.

9          Q.  How old is he?

10         **A.** ███████████████████████

11         Q.  Were you children living with you at

12    the time of the incident?

13         **A.  No.**

14         Q.  What is the highest level of

15    education you have completed?

16         **A.  College education.  I was going into**

17    **-- I was pursuing my Bachelor's degree.**

18         Q.  What college were you going to?

19         **A.  I was going to John Jay.**

20         Q.  Do you know how many credits you

21    have?

22         **A.  I can't recall exactly how many.**

23         Q.  Were you going to school at the time

24    of the incident?

25         **A.  No, I was not.**



1                        **SALDARRIAGA**

2        Q.  Do you have any trade school or

3    vocational training?

4        **A.   No, I do not.**

5        Q.  At the time of the incident were you

6    a member of any unions?

7        **A.   No.**

8        Q.  Are you a veteran?

9        **A.   No.**

10       Q.  Where were you born generally?

11       **A.**   ███████  ████████ .

12       Q.  What is your height and approximate

13   weight?

14       **A.   About 6 foot 1 and I want to say 185**

15   **pounds approximately.**

16       Q.  Have you gained weight or lost

17   weight as a result of incident or is your

18   weight about the same?

19       **A.   It has fluctuated.  At one point I**

20   **did lose about 20 pounds and then I gained**

21   **some back.**

22       Q.  Did you feel that's as a result of

23   the incident or other reasons?

24       **A.   In conjunction with that and other**

25   **situations I was going through.**



1                      **SALDARRIAGA**

2         Q.   At the time of the incident we are

3    here for today, were you receiving any

4    benefits from Medicare or Medicaid?

5         **A.**   ▮

6         Q.   At the time of the incident were you

7    receiving any benefits from social security

8    disability?

9         **A.**   ▮

10        Q.   At the time of the incident were you

11   receiving Workers' Comp or unemployment?

12        **A.**   ▮

13        Q.   How long have you been living at

14   1-20 Astoria Boulevard?

15        **A.   Since 2000 I think, rough estimate.**

16        Q.   Were you living there at the time of

17   the incident?

18        **A.   Yes.**

19        Q.   Were you living there with anyone

20   else around the time of the incident?

21        **A.   I think it was -- my brother was**

22   **staying with me, one of my brothers, but he**

23   **left shortly after.  I just can't recall**

24   **which month he left.**

25        Q.   Was your brother living with you at



1               SALDARRIAGA
2     the time, visiting for a week or something
3     else?
4         **A.   He was living with me.**
5         Q.  Is he an adult?
6         **A.   Yes.**
7         Q.  What is his name?
8         **A.** <span style="background:black">███████████</span>
9         Q.  At the time of the incident were you
10    employed?
11        **A.   Yes.**
12        Q.  Who was your employer at the time?
13        **A.   Network for Teaching**
14    **Entrepreneurship, it's abbreviated NFTE.**
15        Q.  How long had you been working for
16    them at the time of the incident,
17    approximately?
18        **A.   Since April of 2018.**
19        Q.  What was your job with NFTE at the
20    time?
21        **A.   When I first started or when I --**
22        Q.  At the time of the incident?
23        **A.   Financial analyst.**
24        Q.  At the time of the incident were you
25    working there full time or part time?



```
 1                      SALDARRIAGA
 2        A.   Full time.
 3        Q.   Approximately how many hours a week?
 4        A.   About 40.
 5        Q.   What were you earning around the
 6   time of the incident?
 7        A.   On an hourly or salary based?
 8        Q.   Salary, hourly, whichever way you
 9   can tell?
10        A.   Yearly, roughly maybe 80.
11        Q.   A year?
12        A.   Yes.
13        Q.   Did you lose time from work as a
14   result of the incident?
15        A.   For that incident, because I'm
16   salary, so it's -- I took two days off.
17        Q.   You had to use two days of your sick
18   pay?
19        A.   PTO.
20        Q.   Did you go back to work at network
21   teaching?
22        A.   Yes.
23        Q.   Are you still there?
24        A.   Yes.
25        Q.   Was there any kind of probation
```



Reporter's Ink, Corp.    Phone : 646.395.2522    Fax : 212.374.1236    www.reporters-ink.com

1              SALDARRIAGA

2    involved as a result of this incident or any

3    kind of disciplinary action?

4         **A.    I never mentioned it to my employer**

5    **to be honest.**

6         Q.   Have you ever been convicted of a

7    felony as an adult?

8         **A.   No.**

9         Q.   Have you brought any claims or

10   lawsuits against the City of New York other

11   than the one we are here for today?

12        **A.    I have filed a claim with the**

13   **comptroller's office.**

14        Q.   Other than the one we are here for

15   today have you filed any other ones?

16        **A.   Not that I recall.**

17        Q.   Have you brought any lawsuits or

18   claims against New York State?

19        **A.   No.**

20        Q.   In the 24 hour period leading up to

21   the incident we are here for today, did you

22   have anything alcoholic to drink?

23        **A.   No.**

24        Q.   Were you taking any medications at

25   the time of the incident?



Reporter's Ink, Corp.    Phone : 646.395.2522    Fax : 212.374.1236    www.reporters-ink.com

13

1                          SALDARRIAGA

2          **A.   No.**

3          Q.   Were there any medications were you

4     supposed to be taking at the time of the

5     incident that you didn't take that day?

6          **A.   No.**

7          Q.   At the time of the incident were you

8     treating with any doctors on a regular basis

9     for any medical problems?

10         **A.   After the incident?**

11         Q.   Before the incident.

12         **A.   No.**

13         Q.   Did you report the incident to

14    Internal Affairs or the Civilian Complaint

15    Review Board?

16         **A.   I believe I did.**

17         Q.   Do you remember who you reported it

18    to, which one?

19         **A.   I had a conversation with someone at**

20    **the CCRB office, but they closed the case**

21    **pending litigation.**

22         Q.   Can you tell me the date and

23    approximate time of the incident?

24         **A.   27th of March and the time you said?**

25         Q.   Approximate time?



1                    SALDARRIAGA

2        **A.    About 1:45 about.**

3        Q.   A.m. or p.m.?

4        **A.    P.m.**

5        Q.   Where did the incident occur, where

6    did it start?

7        **A.    I can't recall the exact address, I**

8    **know it was on Steinway Street in Queens**

9    **Astoria.**

10       Q.   Steinway Street?

11       **A.    Yes.**

12       Q.   Do you remember any of the cross

13   streets near where the incident occurred?

14       **A.    I know one of the streets was**

15   **probably like 30th Avenue, but I was in the**

16   **middle of the block, so I can't recall what**

17   **the other avenue is.   I just know it was on**

18   **Steinway Street.**

19       Q.   And you are saying Steinway,

20   correct?

21       **A.    Correct.**

22       Q.   At the time of the incident were you

23   on foot, in a car, something else?

24       **A.    I was in a vehicle.**

25       Q.   What kind of vehicle were you in?



1                    SALDARRIAGA

2        **A.   Range Rover 2020 Evoke.**

3        Q.   Was it yours, someone else's?

4        **A.   It's registered to my brothers.**

5        Q.   Your brothers?

6        **A.   My brother, Andres.**

7        Q.   What is his last name?

8        **A.   Same last name, Saldarriaga.**

9        Q.   Is he over 18?

10       **A.   Yes.**

11       Q.   Was he in the car at the time of the

12   incident?

13       **A.   He was not.**

14       Q.   Did you have his permission to use

15   the car?

16       **A.   Yes.**

17       Q.   At the time of the incident, did you

18   have a valid driver's license?

19       **A.   Yes.**

20       Q.   Was it New York, another state?

21       **A.   New York.**

22       Q.   To your knowledge, was the car

23   registered and insured?

24       **A.   Yes.**

25       Q.   Did it have plates on it?



1                    SALDARRIAGA

2        **A.   It did.**

3        Q.   Were they permanent or temporary?

4        **A.   Permanent.**

5        Q.   Were they New York or another state?

6        **A.   New York.**

7        Q.   Do you know how long your brother

8    had the car at the time?

9        **A.   Maybe about almost two years I would**

10   **stay.**

11       Q.   Did the car have tints?

12       **A.   Yes.**

13       Q.   At the time the incident occurred,

14   was the car you were in driving in motion,

15   was it parked?

16       **A.   It was double parked.**

17       Q.   Double parked on Steinway Street?

18       **A.   Yes.**

19       Q.   Were you seated on the driver's seat

20   at the time the incident occurred?

21       **A.   I was in the driver's seat.**

22       Q.   Was the ignition on?

23       **A.   Yes.**

24       Q.   Were you wearing a seatbelt at the

25   time?



1          SALDARRIAGA

2     **A.   I was.**

3     Q.   Was anyone else in the car with you?

4     **A.   Yes.**

5     Q.   Who else was in the car?

6     **A.   Carlos Caballero.**

7     Q.   Can you spell his last name?

8     **A.   C-A-B-A-L-L-E-R-O.**

9     Q.   Anyone else in the car with you?

10    **A.   No.**

11    Q.   Where was Carlos seated?

12    **A.   Passenger side.**

13    Q.   Front passenger?

14    **A.   Yes.**

15    Q.   Was he wearing a seat belt as well?

16    **A.   He was up until he was exiting the**

17    **vehicle.**

18    Q.   How long had you been parked there

19    when the incident occurred?

20    **A.   Maybe like five minutes.**

21    Q.   What, if anything, were you doing in

22    the car for the five minutes before the

23    incident started?

24    **A.   At that time I was on lunch break.**

25    **I was eating as I was waiting for him.**



1                          **SALDARRIAGA**

2          Q.   When you say you were waiting for

3    him, was he in the car, coming towards the

4    car or something else?

5          **A.   He had exited the vehicle and he was**

6    **going to be right back, so.**

7          Q.   At the time the incident started was

8    he back or were you alone in the car?

9          **A.   He had just gotten back in the car.**

10         Q.   Can you tell me what happened at

11   approximately 1:45 while were you in the

12   car?

13         **A.   Yes, so I was stationed or parked, I**

14   **was waiting for Carlos and I see a vehicle**

15   **flashing red and white lights, kind of**

16   **flashing in the reflection in my rear view**

17   **mirror is what caught my attention.    I**

18   **looked to see if maybe it was an emergency**

19   **vehicle that was trying to get by but it**

20   **didn't seem that was the case.    It was then**

21   **I would say two minutes after I get a knock**

22   **on my window the front driver's side.    I**

23   **lowered the window and I see a guy in plain**

24   **clothes asking for my license registration**

25   **and insurance.**



1                        **SALDARRIAGA**

2        Q.  Did that person identify themselves

3    as a police officer?

4        **A.  No.**

5        Q.  Did you know that was a police

6    officer at the time?

7        **A.  I did not, I presume it was because**

8    **of the flashing lights.  The vehicle was**

9    **unmarked as well.**

10       Q.  Did they have any kind of badge

11   around their necks?

12       **A.  No.**

13       Q.  Was it one person who came over,

14   more than one?

15       **A.  Just one person.**

16       Q.  Was that person in street clothes?

17       **A.  Yes.**

18       Q.  When they asked you for your license

19   and registration and insurance did you

20   provide that or something else?

21       **A.  I did provide it.**

22       Q.  Did the police officer say why they

23   had come over?

24       **A.  They did not.**

25       Q.  After you gave your license,



1                    SALDARRIAGA

2       registration and insurance, what happened

3       next?

4            A.   He asked me some questions and he

5       went back into his vehicle.

6            Q.   What kind of questions did he ask

7       you?

8            A.   Where I was from and is the car --

9       was it my car that I was driving.

10           Q.   Did you go back to the vehicle with

11      your IDs and insurance?

12           A.   I did, yes, he did.

13           Q.   What is the next thing that

14      happened?

15           A.   So I -- the situation was peculiar

16      to me.  So I ended up calling 911 and for

17      some reason I couldn't get through.  I

18      called about seven times and the reason why

19      I called is because I have seen many stories

20      about people impersonating officers, so I

21      was very nervous about the situation,

22      because it was very odd to me and I just for

23      my own safety I wanted to ensure there was

24      an actual patrol unit in uniform to come and

25      verify that the person who asked for this



1          **SALDARRIAGA**

2    **information was an actual officer.  In the**

3    **time that I was making those calls I**

4    **remember Carlos got out the car to record**

5    **his vehicle just in case, just for safety**

6    **reasons, he was recording and that's all I**

7    **remember.**

8    Q.  So at some point after that person

9    came over Carlos came back to the car?

10   **A.  Yes, so he actually got in the car**

11   **and then that's when I got the knock on my**

12   **window.**

13   Q.  Was Carlos asked for his ID as well?

14   **A.  He was.**

15   Q.  And while the person went away from

16   your vehicle Carlos started recording?

17   **A.  Yes, when I started to make the 911**

18   **call he got out the vehicle to record just**

19   **to capture his license plate.**

20               MS. DROTZER:  We would request a

21               copy of any recording Carlos made

22               with respect to the incident be

23               provided directly to the City.

24   Q.  The police officer is checking your

25   documents and Carlos is recording at this



```
 1                    SALDARRIAGA
 2    point?
 3         A.   Yes.
 4         Q.   What happened next?
 5         A.   After I got through the 911 call
 6    they asked me a series of questions
 7    regarding the incident and I did ask that a
 8    patrol unit uniform clothes come to the
 9    scene and they said they would be there in a
10    few minutes, so I would say maybe about ten
11    minutes or so, maybe less, I can't -- it's a
12    rough approximate time frame.  A unit did
13    pull behind the guy I guess who stopped me
14    -- his car was behind mine and the patrol
15    unit was behind his if that makes sense.
16         Q.   When you say patrol unit, was it a
17    regular police car that came?
18         A.   Yes.
19         Q.   Were there officers in there?
20         A.   Yes.
21         Q.   How many?
22         A.   Two.
23         Q.   Were they in uniform?
24         A.   Yes.
25         Q.   When they came to the scene, what
```



1                   SALDARRIAGA

2    happened next?

3         A.   That's when the guy that had knocked

4    on my window, he came to the driver's side

5    again and told me step out the vehicle.

6         Q.   Did he tell you why he wanted you to

7    step out?

8         A.   No.

9         Q.   Did he ever -- at the scene, were

10   you ever told why they had come over to your

11   vehicle?

12        A.   What was the question?

13        Q.   While you were still at the scene,

14   did anyone tell you why he had come over to

15   the car in the first place?

16        A.   He mentioned something about my

17   license plates and that's all I remember.

18   He mentioned something about my license

19   plate.   It was very odd to me, so I asked

20   the other two officers, like I don't

21   understand what is going on.   They shrugged

22   their shoulders because they just got to the

23   scene, so they didn't really have any

24   information to give me.   They said they

25   would explain everything back at the



1                              **SALDARRIAGA**

2       **precinct.**

3            Q.   When the first officer told you to

4       step out of the vehicle, did you get out?

5            **A.   Yes.**

6            Q.   When you got out, what happened

7       next?

8            **A.   We walked towards the back of the**

9       **vehicle and then he asked me a question, I**

10      **can't recall what the question was and right**

11      **then he just seemed agitated and he told me**

12      **to put my hands behind my back.**

13           Q.   Did you comply?

14           **A.   Yes.**

15           Q.   Were you handcuffed?

16           **A.   I was handcuffed.**

17           Q.   Did you resist being handcuffed?

18           **A.   No.**

19           Q.   Did he tell you why you were being

20      arrested at that time?

21           **A.   He said he would explain everything**

22      **at the precinct.**

23           Q.   Were you searched?

24           **A.   I was searched, yes.**

25           Q.   It was a pat down type search?



1                    SALDARRIAGA

2         **A.   Yes.**

3         Q.   Was any contraband found on you?

4         **A.   No.**

5         Q.   Was the car searched?

6         **A.   The vehicle was searched.**

7         Q.   Did you give permission for the

8    search?

9         **A.   No.**

10        Q.   Were you told any contraband was

11   found in the car?

12        **A.   Contraband, no.**

13        Q.   Were you told any drugs or weapons

14   were found in the car?

15        **A.   No drugs, no weapons.**

16        Q.   Was Carlos arrested?

17        **A.   No, he was not.  In fact they asked**

18   **him if he had -- they needed to see his**

19   **driver's license so he could drive off the**

20   **vehicle.**

21        Q.   Was Carlos allowed to take the

22   vehicle?

23        **A.   He did not have a valid driver's**

24   **license.**

25        Q.   What happened with respect to the



```
 1                    SALDARRIAGA
 2   vehicle?  Was it towed, driven somewhere?
 3        A.   When I was put in back of the patrol
 4   car, he parked his car on the side street
 5   got into the vehicle I was in and he was
 6   driving behind the patrol car I was in back
 7   to the precinct.
 8        Q.   When you say he, you are talking
 9   about the officer?
10        A.   Yes.
11        Q.   Your car was driven to the precinct?
12        A.   Yes.
13        Q.   After you were handcuffed were you
14   put in a car or a van?
15        A.   When I was handcuffed I was put in
16   the patrol unit that had arrived when I
17   called for additional officers to come to
18   the scene.
19        Q.   Where were you taken?
20        A.   I was taken to 114th precinct.
21        Q.   Did you recognize any of the
22   officers who were at the scene from any
23   prior encounters?
24        A.   Never.
25        Q.   When you got to the 114th precinct,
```



```
 1                    SALDARRIAGA
 2    what happened?
 3        A.   They searched me again.
 4        Q.   Was it a pat down type search at
 5    that point?
 6        A.   It was another pat down.
 7        Q.   Was any contraband found on you?
 8        A.   No.   I was trying to think when I
 9    got to the 114th precinct walking into the
10    precinct, they ask that I stand in front of
11    a desk, they asked me some questions in
12    regards to my son and then I was led to a
13    cell.
14        Q.   What son were you asked questions
15    about?
16        A.   I carry a picture with him in the
17    vehicle, any vehicle I'm in, he had passed
18    away, so I just carry a picture with him.
19    So they had asked me something about it.
20        Q.   About the photo?
21        A.   Yes.
22        Q.   How old was at the?
23        A.   ███████████████████.
24        Q.   Other than questioning you about the
25    photographs, were you questioned about
```



1                    SALDARRIAGA

2    anything else?

3         A.    When I was put in a cell, I remember

4    two officers, they led me out the cell, they

5    brought me, I guess there is another room

6    and they asked me why was I arrested.

7         Q.    Are you saying they took you to a

8    room and asked you questions, is that what

9    you are saying?

10        A.    Yes, they wanted more information as

11   to why I was there.

12        Q.    Were you read your Miranda rights

13   before you were questioned?

14        A.    No.

15        Q.    Were you fingerprinted?

16        A.    Yes.

17        Q.    Were you photographed?

18        A.    Yes.

19        Q.    Were you put in a cell?

20        A.    Yes.

21        Q.    While you were at the precinct were

22   you told why you had been arrested?

23        A.    Hours later they said that there was

24   something wrong with my plates.

25        Q.    Did they ever come to find out what



1          SALDARRIAGA

2     they thought was wrong with your plates?

3          **A.    They never mentioned anything.  I**

4     **come to find out what the issue really was**

5     **when I seen the voucher receipts that they**

6     **gave me.**

7          Q.   For the car?

8          **A.   Correct.**

9          Q.   What did you come to find out?

10         **A.    They claimed the plates were**

11    **counterfeit.**

12         Q.   Approximately how long were you at

13    the precinct?

14         **A.    It was maybe like six, eight hours**

15    **maybe.**

16         Q.   Then were you taken to somewhere

17    else?

18         **A.   Yes.  So initially the arresting**

19    **officer had asked the precinct to take me**

20    **down to bookings, but they refused and so**

21    **they had to take me in his vehicle that they**

22    **had pulled behind me at the scene at the**

23    **time of the incident.**

24         Q.   Do you know why he refused to take

25    you?



30

1                    SALDARRIAGA

2        **A.    I don't know.  I can't recall.**

3        Q.   Did someone take to you central

4    booking from the precinct?

5        **A.    He did.**

6        Q.   When you got there what happened?

7        **A.    I went through metal detectors, I**

8    **got searched I was put in a bigger holding**

9    **cell and I was to wait for them to process**

10   **me in order for me to see a judge.**

11       Q.   Were you photographed again in

12   central booking?

13       **A.    I was.**

14       Q.   Were you fingerprinted again?

15       **A.    I can't recall if I was**

16   **fingerprinted again.  I know I was**

17   **photographed.**

18       Q.   Were your eyes scanned, did they

19   take a picture of your eyes?

20       **A.    Not of my eye, it was a photograph.**

21       Q.   While you were at central booking

22   were you told the specific charges?

23       **A.    No.**

24       Q.   Approximately how long were you at

25   central booking?



1                  SALDARRIAGA

2         **A.   I think I was there for maybe two to**

3    **three hours before I asked to speak to a**

4    **nurse.  After I spoke to a nurse I ended up**

5    **going to the emergency room.**

6         Q.   For what reason did you see the

7    nurse?

8         **A.   I was having bad palpitations and I**

9    **was feeling light headed.  I had to ask for**

10   **water multiple times and none of the**

11   **officers gave me water, so I had to drink**

12   **water off the sink.**

13        Q.   Had you ever had palpitations before

14   this?

15        **A.   After my son passed.**

16        Q.   At the time of the incident were you

17   going for any counseling or taking any

18   medications?

19        **A.   I did see a grief counselor for a**

20   **few months.**

21        Q.   Were you taking any medications, any

22   psych medications at the time?

23        **A.   No.**

24        Q.   What hospital did they take you to?

25        **A.   Mount Sinai.**



32

1                          **SALDARRIAGA**

2          Q.  Did they take you to the emergency

3    room there?

4          **A.   Yes.**

5          Q.  What did they do for you at the

6    emergency room?

7          **A.**   ███████████████████████████████

███   █████████████████  .

9          Q.  Did they give you any medication?

10         **A.   No, not that I recall.**

11         Q.  Did they give you a diagnosis?

12         **A.   No.**

13         Q.  Did they tell you the results of the

14   █████

15         **A.   Yes.**

16         Q.  What did they tell you?

17         **A.   That it was normal.**

18         Q.  Approximately how long were you at

19   the emergency room?

20         **A.   Maybe like three hours maybe.   I**

21   **really can't.  I don't recall.  I had no**

22   **time with me.  It's hard to tell.**

23         Q.  Then were you taken back to central

24   booking?

25         **A.   I was.**



1                      **SALDARRIAGA**

2        Q.  How long did you remain at central

3    booking after the hospital visit?

4        **A.  I got to see a judge around 11:30.**

5        Q.  11:30 a.m. or p.m.?

6        **A.  A.m.**

7        Q.  Do you remember what day that was?

8        **A.  The 28th.**

9        Q.  When you went in front of the judge,

10   what happened?

11       **A.  I spoke to a Legal Aid and at the**

12   **hearing it was adjourned, the hearing was**

13   **adjourned and I was advised to get my own or**

14   **retain my own attorney.**

15       Q.  You were released after you saw the

16   judge?

17       **A.  Yes.**

18       Q.  Did the judge tell you what your

19   charges were?

20       **A.  Yes.**

21       Q.  Do you know what the charges were?

22       **A.  Forgery.**

23       Q.  Was that with respect to the plate

24   or something else?

25       **A.  Since that's the only thing he**



1                        **SALDARRIAGA**

2    **mentioned I had assumed that perhaps, but I**

3    **didn't understand the charges or what it was**

4    **related to.  That's all I know that I was**

5    **just charged with forgery.**

6         Q.  Did you have to go to court after

7    that?

8         **A.  Yes.**

9         Q.  How many times did you have to go to

10   court?

11        **A.  I'm not sure if it was two or three**

12   **times.**

13        Q.  What happened the last time you went

14   to court?

15        **A.  The last time I went to court the**

16   **case was dismissed.**

17        Q.  Was it dismissed outright, did you

18   take what's called an ACD?

19        **A.  I did not take an ACD.  It was**

20   **dismissed out right.**

21        Q.  Were you ever told at some point --

22              MS. GORMAN:  It was speedy

23              trial.

24        Q.  Do you remember what date it was

25   dismissed, if you know?



Reporter's Ink, Corp.    Phone : 646.395.2522    Fax : 212.374.1236    www.reporters-ink.com

1                    SALDARRIAGA

2        A.  I can't recall.

3        Q.  Did you use a private attorney to

4    represent you or did you use court

5    appointed?

6        A.  No, I retained my own attorney.

7        Q.  Did you have to pay money for that?

8        A.  Yes.

9        Q.  How much did you spend on that?

10       A.  I think it was about approximately

11       ▇▇▇▇  something.

12       Q.  What happened with respect to the

13   car?

14       A.  After I was released the following

15   day, the 29th, I'm not sure if it was the

16   29th or the 30th, I went to go pick up the

17   vehicle and I had to present the voucher at

18   the precinct.  They released the vehicle to

19   me and before anything I went to inspect the

20   vehicle, so I went around the vehicle, I got

21   in I make sure everything was in tact.  Turn

22   vehicle on and then I drove the vehicle and

23   I remember trying to listen to music, but

24   the radio was completely messed up, I

25   couldn't.  It was not working, I couldn't



1                    **SALDARRIAGA**

2    **change the channels or anything on the**

3    **radio.**

4        Q.  Did you have to pay everything when

5    you got the vehicle, did you have to pay any

6    kind of fee?

7        **A.  No.**

8        Q.  When you looked at the vehicle, was

9    there any damage to the outside of the

10   vehicle?

11       **A.  There was a puncture hole near the**

12   **license plate on the back, the rear side.**

13   **To me it kind of seemed like it could have**

14   **been a screwdriver or something.  I believe**

15   **in an effort to remove the plates.**

16       Q.  When you say a puncture hole, how

17   big was it?

18       **A.  Maybe quarter inch.  Wasn't that**

19   **big.**

20       Q.  Was there any damage you observed to

21   the outside of the vehicle?

22       **A.  Not that I recall.**

23       Q.  When the radio didn't work, was

24   there anything else that didn't work after

25   you got it back?



1                    SALDARRIAGA

2       **A.   No, it was just radio.**

3       Q.   Do you have the radio repaired?

4       **A.   Yes.**

5       Q.   How much did the radio cost?

6       **A.   Roughly 4,000 or so.**

7       Q.   Did you pay that, did your brother

8    pay that or something else?

9       **A.   I had to pay it.**

10      Q.   Did you pay it?

11      **A.   Yes.**

12      Q.   Was there any insurance on your car

13   to your knowledge?

14      **A.   The car was insured.**

15      Q.   Do you know if you had to pay any of

16   the cost?

17      **A.   No.**

18      Q.   Do you know where it was repaired?

19      **A.   Range Rover in Manhattan.**

20      Q.   Did you spend any money

21   out-of-pocket, other than the attorney's

22   fees and the cost for the repairs?

23      **A.   I know I was receiving bills from**

24   **Mount Sinai.  I don't remember seeing what**

25   **the amount was.  I know it was a bill from**



1           **SALDARRIAGA**

2    **Mount Sinai.**

3         Q.  Are you aware of any witnesses to

4    the arrest, other than yourself and the

5    police?

6         **A.  Besides Carlos, I don't know anyone**

7    **else.**

8         Q.  Did you post anything on social

9    media about what happened?

10        **A.  No.**

11        Q.  Do you know if anyone took any

12   photos or videos of the arrest?

13        **A.  No.**

14        Q.  Do you know if there was any media

15   coverage of the incident, news stations?

16        **A.  No, I haven't searched.**

17        Q.  Did you go for any medical treatment

18   after your release?

19        **A.  Medical treatment after my release,**

20   **not that I can recall.  But I know that I**

21   **inquired to speak to a** ▮▮▮▮▮▮▮▮▮

22        Q.  When did you inquire about that, or

23   to who did you inquire?

24        **A.  Must have been shortly after.  It**

25   **was an office in Manhattan.  I would have to**



Reporter's Ink, Corp.    Phone : 646.395.2522    Fax : 212.374.1236    www.reporters-ink.com

1            **SALDARRIAGA**

2       **get the name.  I don't have the information**

3       **with me.**

4           Q.  Did you call your primary care

5       doctor, did you look for a ███████████  or

6       something else?

7           **A.   I was looking for a ███████████**

8           Q.  Did you make any appointments?

9           **A.   I did not.**

10          Q.  Have you gone for any kind of

11      counseling as a result of the incident?

12          **A.   No.  I have a strong support system,**

13      **which kind of helps with the counseling if**

14      **you will.  Otherwise I would have been**

15      **seeking counseling.**

16          Q.  Do you have any continuing physical

17      symptoms as a result of the accident?

18          **A.   I have had a number of occasions**

19      **where I would have like nightmares about it**

20      **and then I wake up with my heart racing.**

21          Q.  How often does that happen?

22          **A.   It would just happen a few times**

23      **from what I can recall.**

24          Q.  Do you remember the last time it

25      happened?



1                    SALDARRIAGA

2       **A.   Maybe like two months ago.**

3                 MS. DROTZER:  Off the record.

4                 (Whereupon, a discussion was

5            held off-the-record.)

6                 MS. DROTZER:  I just have to

7            advise counsel, no changes to your

8            Notice of Claim can be made orally

9            at this hearing.  Any change to

10           your notice of claim must be made

11           pursuant to the general municipal

12           law.  Thank you everyone.  I have

13           no further questions.

14

15                (Time noted 1:17 p.m.)

16

17

18

19

20

21

22

23

24

25



```
 1                    SALDARRIAGA

 2            A C K N O W L E D G E M E N T

 3

 4    STATE OF NEW YORK)

 5                  :ss)

 6     COUNTY OF KINGS)

 7

 8          I, CHARLES SALDARRIAGA, hereby

 9    certify that I have read the transcript of my

10    testimony taken under oath on October 24,

11    2024, that the transcript is a true, complete

12    and correct record of what was asked,

13    answered and said during my testimony under

14    oath, and that the answers on the record as

15    given by me are true and correct.

16

17                              _____

18                              CHARLES SALDARRIAGA

19

20    Signed and subscribed to

21    Before me, this ____ day

22    Of _____, 20

23    _____

24    Notary Public

25
```



```
 1                    SALDARRIAGA

 2                C E R T I F I C A T E

 3

 4

 5          I, MARISA MCMAHON, a shorthand

 6    reporter and Notary Public for and within the

 7    State of New York, do hereby certify:

 8          That the witness(es) whose testimony is

 9    hereinbefore set forth was duly sworn by me,

10    and the foregoing transcript is a true record

11    of the testimony given by such witness(es).

12          I further certify that I am not related

13    to any of the parties to this action by blood

14    or by marriage and that I am in no way

15    interested in the outcome of this matter.

16

17

18    _____

19                MARISA MCMAHON

20

21

22

23

24

25
```



```
 1                        SALDARRIAGA

 2                     * E R R A T A *

 3    CASE NAME:

 4    DATE OF DEPOSITION:

 5    NAME OF WITNESS:

 6    PAGE LINE

 7    ---- ---- CHANGE:---------------------------

 8               REASON:---------------------------

 9    ---- ---- CHANGE:---------------------------

10               REASON:---------------------------

11    ---- ---- CHANGE:---------------------------

12               REASON:---------------------------

13    ---- ---- CHANGE:---------------------------

14               REASON:---------------------------

15    ---- ---- CHANGE:---------------------------

16               REASON:---------------------------

17    ---- ---- CHANGE:---------------------------

18               REASON:---------------------------

19                        _____

20                        WITNESS SIGNATURE

21

22    SUBSCRIBED AND SWORN TO BEFORE

23    ME THIS___DAY OF _____, 20__

24    ------------------------

25    NOTARY PUBLIC   MY COMMISSION EXPIRES_____
```

