## CERTIFICATE OF SERVICE BY MAIL

     I, Michael Futral, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on September 4, 2025, I served the annexed:

- NOTICE OF MOTION
- DECLARATION OF MICHAEL FUTRAL WITH ANNEXED EXHIBITS
- MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT
- LOCAL CIVIL RULE 12.1 NOTICE
- ALL UNPUBLISHED AUTHORITIES CITED IN DEFENDANTS' MEMORANDUM OF LAW, PURSUANT TO LOCAL RULE 7.2

Upon Charles Saldarriaga, the plaintiff in the matter, <u>Saldarriaga v. City of New York, et al.</u>, 25-CV-1115 (RPK) (JRC) by mailing by first class mail a copy of same, enclosed in a postpaid, properly addressed envelope to the address listed below:

Charles Saldarriaga
1-20 Astoria Blvd., Apt. 4H
Astoria, NY 11102


Dated: New York, New York
           September 4, 2025

                                                Respectfully submitted,

                                                *Michael Futral* /s/

                                                Michael Futral
                                                *Assistant Corporation Counsel*
                                                Special Federal Litigation Division