UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHARLES SALDARRIAGA,

                              Plaintiff,

          -against-                                      WAIVER OF SERVICE
                                                            EXECUTED
CITY OF NEW YORK, ET AL.,                                   25-CV-1115

                              Defendants.


          Under Rule 4(d) of the Federal Rules of Civil Procedure, Mohammad F. Hossain, agrees

to waive service of the summons and complaint in this case.


Dated:        October 24, 2025
              New York, New York



                              *Amy Robinson*
                              Amy Robinson
                              New York City Police Department
                              Legal Bureau