UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

CHARLES SALDARRIAGA,

                                Plaintiff,

            -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, SERGEANT DET. WILLIAM J.
PLANETA, DET. ERIC BOLGER, DET. LEONARDO
MOSCOSO, and OFFICER MOHAMMAD F. HOSSAIN,

                                Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

25-CV-1115 (RPK) (JRC)

        **PLEASE TAKE NOTICE** that Michael Futral, Assistant Corporation Counsel, appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendant Mohammad F. Hossain. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:       New York, New York
               November 7, 2025

                                        MURIEL GOODE-TRUFANT
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendants Planeta, Bolger,*
                                            *Moscoso, and Hossain*
                                        100 Church Street, Room
                                        New York, New York 10007
                                        (212) 356-1643

                                  By:    *Michael Futral*  /s/
                                              Michael Futral
                                              *Assistant Corporation Counsel*
                                              Special Federal Litigation Division

TO:     Charles Saldarriaga
          1-20 Astoria Blvd., Apt. 4H
          Astoria, NY 11102