

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL FUTRAL**
*Assistant Corporation Counsel*
Tel.: (212) 356-1643
Fax: (212) 356-3509
mifutral@law.nyc.gov

November 19, 2025

**VIA ECF**
Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Charles Saldarriaga v. City of New York, et al.</u>,
              25-CV-1115 (RPK)(JRC)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to the defense in the above-referenced matter. I write on behalf of Defendant Officer Mohammad F. Hossain to respectfully request that Defendant Hossain be permitted to join Defendants' motion to dismiss Plaintiff's Amended Complaint, filed on October 7, 2025. (*See* ECF No. 37.)

      At the time Defendants' motion to dismiss Plaintiff's Amended Complaint was filed, Defendant Hossain had not yet been served. In a footnote to Defendants' motion, Defendants stated that, "As of October 7, 2025, service of process had not been effectuated on P.O. Hossain. However, the arguments set forth herein apply equally to him. Accordingly, the Court should dismiss the claims asserted against P.O. Hossain." (ECF No. 37 at 2.)

      Subsequent to the filing of Defendants' motion to dismiss, the undersigned arranged for an executed waiver of service to be filed on behalf of Defendant Hossain, (ECF No. 40), and filed a notice of appearance on his behalf. (ECF No. 42.) Accordingly, because this Office now represents Defendant Hossain, and because the Amended Complaint should be dismissed against him for the same reasons set forth in the submitted motion to dismiss, Defendant Hossain respectfully requests that the Court deem Defendants' motion to dismiss applicable to him and order that he be joined in that motion.

Defendant Hossain thanks the Court for its time and consideration of this matter.

Respectfully submitted,

*Michael Futral*  /s/

Michael Futral
*Assistant Corporation Counsel*
Special Federal Litigation Division

Cc: **VIA ECF & FIRST CLASS MAIL**
Charles Saldarriaga
*Plaintiff Pro Se*
1-20 Astoria Blvd.
Apt. 4H
Astoria, NY 11102