

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL FUTRAL**
*Assistant Corporation Counsel*
Tel.: (212) 356-1643
Fax: (212) 356-3509
mifutral@law.nyc.gov

December 8, 2025

**VIA ECF**
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   <u>Charles Saldarriaga v. City of New York, et al.</u>,
             25-CV-1115 (RPK)(JRC)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for Defendants City of New York ("City"), Sergeant Detective William J. Planeta, Detective Leonardo Moscoso, Officer Mohammad F. Hossain, and Detective Eric Bolger ("Defendants") in the above-referenced matter. Pursuant to Your Honor's October 23, 2025 Order, I write on behalf of the parties to provide the Court with a joint update on the status of settlement discussions.

      By way of background, Plaintiff, who is proceeding pro se, filed his Complaint on February 26, 2025, naming as defendants the City, Sgt. Planeta, Det. Moscoso, Det. Bolger, and Officer Hossain. (*See* ECF No. 1.) On September 4, 2025, Defendants moved to dismiss Plaintiff's Complaint in its entirety. (*See* ECF No. 31.) In response, Plaintiff filed an Amended Complaint ("FAC") on September 24, 2025, which Defendants also moved to dismiss, in its entirety, on October 7, 2025. (*See* ECF Nos. 35, 36.) In the interim between these filings, the Court Ordered the parties to submit a joint status report by October 21, 2025, addressing, *inter alia*, the status of settlement discussions. (*See* Docket Entry dated July 21, 2025.) In their October 21, 2025 submission, the parties advised the Court that, in light of Defendants' pending motion to dismiss the FAC, they had mutually agreed to suspend settlement discussions. (*See* ECF No. 39.) On October 23, 2025, the Court Ordered the parties to submit a second status update by December 8, 2025. (*See* Docket Entry dated October 23, 2025.)

      As of November 18, 2025, Defendants' motion to dismiss Plaintiff's FAC has been fully briefed. (*See* ECF No. 43.) Following submission of the fully briefed motion, Plaintiff contacted the undersigned to inquire about the prospect of settlement. Since then, the parties have remained in communication and have agreed to revisit the possibility of pursuing early resolution through settlement after the Court issues its decision on Defendants' briefed motion.

The parties thank the Court for its time and consideration.

Respectfully submitted,

*Michael Futral*  /s/

Michael Futral
*Assistant Corporation Counsel*
Special Federal Litigation Division

Cc: **VIA ECF & FIRST CLASS MAIL**
Charles Saldarriaga
*Plaintiff Pro Se*
1-20 Astoria Blvd.
Apt. 4H
Astoria, NY 11102